01

02

03

04

05

06                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
07                                   AT SEATTLE

08   KAREN BRUNS,                          )   CASE NO. C11-0781-MAT
                                           )
09          Plaintiff,                     )
                                           )
10          v.                             )   ORDER GRANTING LIMITED
                                           )   EXTENSION OF TIME OF
11   MICHAEL J. ASTRUE,                     )   REMAINING BRIEFING SCHEDULE
     Commissioner of Social Security,       )
12                                         )
            Defendant.                     )
13   _____ )

14          Defendant filed the parties' first stipulation for extension of time (Dkt. 16), requesting a

15   44-day extension of the due date in which to file his responsive brief.   Having considered the

16   stipulation, and the entire docket in the case, the Court hereby GRANTS an extension of the

17   briefing schedule, but declines to use the dates requested by the parties.   The Court will not

18   typically grant extensions for that are longer than approximately 30 days at a stretch, and

19   therefore grants a 30-day extension, with the new deadlines as follows:

20          Defendant's Responsive Brief:        October 21, 2011

21          Plaintiff's optional Reply Brief:      November 4, 2011

22          The parties may file a second stipulated request for extension if additional time is

ORDER GRANTING LIMITED EXTENSION OF
TIME OF REMAINING BRIEFING SCHEDULE
PAGE -1

01 | needed.

02 |       DATED this 26th day of September, 2011.

03

04 |                                        _____
|                                        Mary Alice Theiler
05 |                                        United States Magistrate Judge

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER GRANTING LIMITED EXTENSION OF
TIME OF REMAINING BRIEFING SCHEDULE
PAGE -2