UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| KAREN BRUNS, | ) | CASE NO. C11-0781-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING LIMITED |
| | ) | EXTENSION OF TIME OF |
| MICHAEL J. ASTRUE, | ) | REMAINING BRIEFING SCHEDULE |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant filed the parties' first stipulation for extension of time (Dkt. 16), requesting a 44-day extension of the due date in which to file his responsive brief. Having considered the stipulation, and the entire docket in the case, the Court hereby GRANTS an extension of the briefing schedule, but declines to use the dates requested by the parties. The Court will not typically grant extensions for that are longer than approximately 30 days at a stretch, and therefore grants a 30-day extension, with the new deadlines as follows:

    Defendant's Responsive Brief:    October 21, 2011

    Plaintiff's optional Reply Brief:    November 4, 2011

The parties may file a second stipulated request for extension if additional time is

ORDER GRANTING LIMITED EXTENSION OF
TIME OF REMAINING BRIEFING SCHEDULE
PAGE -1

01 needed.

02 DATED this 26th day of September, 2011.

_____
Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING LIMITED EXTENSION OF
TIME OF REMAINING BRIEFING SCHEDULE
PAGE -2